IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 03-692-02 |
| | : | |
| JAMES LYNCH | : | |

## ORDER

**AND NOW**, this 14th day of February, 2012, upon consideration of the *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) filed by defendant James Lynch (Doc. No. 109) and the response of the government thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**. Defendant's request for appointment of counsel is **DISMISSED** as moot.

 

s/William H. Yohn Jr.
William H. Yohn Jr., Judge